UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Raquan Tazjee Best**　　　　　　　　　　　　　　　　　　　　　**Docket No. 5:18-CR-367-1BO**

### Petition for Action on Supervised Release

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raquan Tazjee Best, who, upon an earlier plea of guilty to Possession of Firearms by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 21, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Raquan Tazjee Best was released from custody on March 2, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has recently expressed having some mental health concerns to the undersigned probation officer and requested assistance in addressing the same. Best has agreed to participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith　　　　　　　　　　　　　　　　/s/ Kyle W. Fricke
Dewayne L. Smith　　　　　　　　　　　　　　　　　Kyle W. Fricke
Supervising U.S. Probation Officer　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　150 Reade Circle
　　　　　　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2336
　　　　　　　　　　　　　　　　　　　　　　　　　　Executed On: January 19, 2021

### ORDER OF THE COURT

Considered and ordered this __21__ day of __January__, 2021, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge